| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | ROBERT P. SORAN (Bar No. 169577) |
| 2 | JANLYNN R. FLEENER (Bar No. 169385) |
| | AMILIA SANDERS (Bar No. 222782) |
| 3 | 555 Capitol Mall, Tenth Floor |
| | Sacramento, CA  95814-4686 |
| 4 | Telephone: (916) 444-1000 |
| | Facsimile: (916) 444-2100 |
| 5 | |
| 6 | Attorneys for Third-Party Defendant, Counter-Claimant, Cross-Claimant, and Counter-Defendant RALEY'S |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  CIV S-01-1520 MCE GGH |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS; AND ORDER APPROVING SUBSTITUTION OF ATTORNEYS** |
| v. | |
| EL DORADO COUNTY, CALIFORNIA, and CITY OF SOUTH LAKE TAHOE, CALIFORNIA | |
| Defendants. | |
| AND ALL RELATED CROSS AND COUNTER-ACTIONS | |

PLEASE TAKE NOTICE that, pursuant to Eastern District Local Rule 83-182(g), Third-Party Defendant THE HERTZ CORPORATION hereby substitutes Robert P. Soran, Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California 95814, (916) 444-1000 (telephone), (916) 444-2100 (facsimile), email:rsoran@downeybrand.com, as attorneys of record in the place and stead of Joseph A. Salazar, Jr., Mayall Hurley Knutsen Smith and Green.

/ / /

/ / /

/ / /

/ / /

CIV S-01-1520 MCE GGH  -1-

**SUBSTITUTION OF ATTORNEYS; AND [PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

| | |
|---|---|
| I authorize the above substitution: | THE HERTZ CORPORATION, |
| DATED: March ____, 2005 | |
| | /s/<br>By: _____<br>Virginia Carlson<br>Assistant General Counsel<br>THE HERTZ CORPORATION |
| I consent to the above substitution: | DOWNEY BRAND LLP |
| DATED: March ___, 2005 | |
| | /s/<br>By: _____<br>Robert P. Soran<br>Attorneys for Third-Party Defendants<br>RALEY'S AND THE HERTZ CORPORATION |
| I accept the above substitution: | MAYALL HURLEY KNUTSEN SMITH and GREEN, |
| DATED: : March ___, 2005 | |
| | /s/<br>By: _____<br>Joseph A. Salazar, Jr.<br>Attorneys for Third-Party Defendant<br>THE HERTZ CORPORATION |

IT IS SO ORDERED.

Dated: April 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

664780.2

CIV S-01-1520 MCE GGH                                                      2

**SUBSTITUTION OF ATTORNEYS; ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

<u>USA vs. El Dorado County, California</u>
US DISTRICT COURT – Eastern District (CIV. S-01-1520 MCE GGH)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California 95814-4686. On **April 12, 2005**, I served the within document(s):

**SUBSTITUTION OF ATTORNEYS; AND [PROPOSED]**

**ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 12, 2005**, at Sacramento, California.

/s/

Cynthia Biscarra

CIV S-01-1520 MCE GGH            3

**SUBSTITUTION OF ATTORNEYS; ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

# MAILING LIST

| | |
|---|---|
| <u>Plaintiff, Counter-Defendant, Cross-Defendant and Counter-Claimant USA:</u><br>Karl J. Fingerhood<br>United States Department of Justice<br>Environmental Enforcement Section<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>TEL (202) 514-7519<br>FAX (202) 514-2583 | <u>Third-Party Defendant South Tahoe Unified School District:</u><br>Ann M. Murray<br>William T. Chisum<br>Kronick Moskovitz Tiedemann & Girard<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814<br>TEL (916) 321-4500 |
| <u>Plaintiff, Counter-Defendant, Cross-Defendant and Counter-Claimant USA:</u><br>John F. Gisla<br>Assistant U.S. Attorney<br>501 I Street, Ste. 10-100<br>Sacramento, CA 95814-2322<br>TEL (916) 554-2740<br>FAX (916) 554-2900 | <u>Third-Party Defendant and Cross-Defendant Douglas County, Nevada:</u><br>Scott W. Gordon<br>Law Offices of Scott W. Gordon<br>1990 N. California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>(925) 295-3131 |
| <u>Defendant El Dorado County:</u><br>Louis B. Green, Esq.<br>County Counsel, County of El Dorado<br>330 Fair Lane<br>Placerville, CA 95667<br>TEL (530) 621-5770<br>FAX (530) 621-2937 | <u>Third-Party Defendant and Cross-Defendant South Tahoe Refuse dba Serv-U-Garbage:</u><br>Jeffrey K. Rahbeck<br>Law Offices of Jeffrey K. Rahbeck<br>439 McFaul Way<br>PO Box 435<br>Zephyr Cove NV 89448<br>TEL (775) 588-5602<br>FAX (775) 588-8548 |
| <u>Counter Claimant and Cross-Defendant El Dorado County:</u><br>Thomas F. Vandenburg<br>Shirin R. Kiaei<br>Radcliff, Dongell & Lawrence LLP<br>707 Wilshire Boulevard, 27th Floor<br>Los Angeles, CA 90017<br>TEL (213) 943-6100<br>FAX (213) 943-6101 | <u>Third-Party Defendants Harrah's Operating Company, Inc. and Harveys Tahoe Management Company:</u><br>Marc A. Zeppetello<br>Barg Coffin Lewis & Trapp LLP<br>One Market<br>Steuart Tower, Suite 2700<br>San Francisco, CA 94105<br>TEL (415) 228-5400<br>FAX (415) 228-5450 |
| <u>Defendant, Counter-Claimant and Cross-Defendant South Lake Tahoe:</u><br>Francis M. Goldsberry III<br>Goldsberry, Freeman, Guzman & Ditora LLP<br>777 12th Street, Suite 250<br>Sacramento, CA 95814<br>TEL (916) 448-0448<br>FAX (916) 448-8628 | <u>Third-Party Defendant and Cross-Defendant Vail Resorts, Heavenly Valley Ski & Resort Corporation and Heavenly Valley:</u><br>Lewis S. Feldman<br>Michael J. McLaughlin<br>Feldman Shaw, LLP<br>182 U.S. Highway 50<br>PO Box 1249<br>Zephyr Cove, NV 89448<br>TEL (775) 588-5311<br>FAX (775) 589-6447 |

CIV S-01-1520 MCE GGH                                    4

**SUBSTITUTION OF ATTORNEYS; ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

| | |
|---|---|
| Defendant and Counter-Claimant South Lake Tahoe:<br>Catherine Louise Di Camillo, Esq.<br>City Attorney's Office<br>1052 Tata Lane<br>South Lake Tahoe, CA 96158<br>TEL (530) 542-6046<br>FAX (530) 542-4054 | Third-Party Defendant Tahoe Valley Pharmacy Building, Inc:<br>Kenneth Rollston<br>Rollston, Henderson, Rasmussen & Crabb<br>591 Tahoe Keys Blvd., Suite D8<br>South Lake Tahoe, CA 96150<br>TEL (530) 544-1785<br>FAX (530) 544-5053 |
| General Counsel - U.S. Department of Agriculture:<br>Rose Miksovsky<br>Office of the General Counsel<br>U.S. Department of Agriculture<br>Pacific Region – San Francisco Office<br>33 New Montgomery, 17th Floor<br>San Francisco, CA 94105-4511<br>TEL (415) 744-3158<br>FAX (415) 744-3170 | Third-Party Barton Healthcare System:<br>Thomas O. Perry<br>Allison Lafferty<br>Kroloff Belcher Smart Perry & Christopherson<br>7540 Shoreline Drive<br>PO Box 692050<br>Stockton, CA 95219<br>TEL (209) 478-2000<br>FAX (209) 478-0354 |
| Third-Party Defendant Hertz Corporation:<br>Joseph A. Salazar<br>Mayall, Hurley, Knutsen, Smith & Green<br>2453 Grand Canal Boulevard, 2nd Floor<br>Stockton, CA 95207-8253<br>TEL (209) 477-3833 | Third-Party Defendant Hertz Corporation:<br>Lesley A. Andrew<br>Assistant Secretary and Senior Staff Counsel<br>The Hertz Corporation<br>225 Brae Blvd.<br>Park Ridge, NJ 07656<br>TEL (201) 307-2740<br>FAX (201) 307-2876 |
| Third-Party Defendant, Counter-Claimant and Cross-Defendant Sierra Pacific Power Company:<br>William Peterson<br>Morris Pickering & Peterson<br>6100 Neil Road, Suite 555<br>Reno, NV 89511<br>TEL (775) 829-6000<br>FAX (775) 834-4098 | Third-Party Defendant Safeway, Inc.:<br>William David Wick<br>Wactor & Wick LLP<br>180 Grand Avenue, Suite 950<br>Oakland, CA 94612<br>(510) 465-5750 |
| Third-Party Defendant and Cross-Claimant South Tahoe Public Utility District:<br>Steven L. Hoch<br>Gary M. Kvistad<br>Robin L. Lewis<br>Hatch & Parent<br>21 East Carrillo Street<br>Santa Barbara, CA 93101<br>TEL (805) 963-7000<br>FAX (805) 965-4333 | |

CIV S-01-1520 MCE GGH                5

**SUBSTITUTION OF ATTORNEYS; ORDER APPROVING SUBSTITUTION OF ATTORNEYS**