1  ANN M. MURRAY, State Bar No. 118284
   WILLIAM T. CHISUM, State Bar No. 142580
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  400 Capitol Mall, 27th Floor
   Sacramento, CA  95814-4416
4  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
5
   Attorneys for Third-Party Defendant
6   LAKE TAHOE UNIFIED SCHOOL DISTRICT

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. S-01-1520 MCE GGH |
| 12           Plaintiff, | **ORDER RE LAKE TAHOE UNIFIED SCHOOL DISTRICT'S REQUEST FOR TELEPHONIC APPEARANCE RE SOUTH TAHOE PUBLIC UTILITY DISTRICT'S MOTION FOR ORDER TO PREPARE THE ADMINISTRATIVE RECORD** |
| 13      v. | |
| 14  EL DORADO COUNTY, CALIFORNIA, et al., | |
| 15           Defendants. | Date:   June 20, 2005<br>Time:   9:00 a.m.<br>Crtrm:  3 - England |
| 16 | |
| 17 | |
| 18  AND RELATED CROSS, COUNTER, THIRD PARTY AND FOURTH PARTY ACTIONS | |

20  ///

21
   ///
22

23  ///

24
   ///
25

26  ///

27       The Court is presently scheduled to hear South Tahoe Public Utility District's Motion for

28                                        -1-

Order to Prepare the Administrative Record on Monday, June 20, 2005 at 9:00 a.m. Counsel for Third Party Defendant Lake Tahoe Unified School District ("School District') has requested leave to appear at this hearing by telephone. Based upon a review of the record and good cause appearing,

IT IS HEREBY ORDERED that the School District's request is GRANTED, and counsel for the School District shall provide the Court with the necessary contact information in advance of the hearing.

Dated: June 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE