1  STEVEN L. HOCH (State Bar No. 59505)
   GARY M. KVISTAD (State Bar No. 121869)
2  ROBIN L. LEWIS (State Bar No. 199077)
   HATCH & PARENT
3  21 East Carrillo Street
   Santa Barbara, CA 93101
4  Telephone No.: (805) 963-7000
   Facsimile No.:  (805) 965-4333
5

6  Attorneys for Third-Party Defendant
   SOUTH TAHOE PUBLIC UTILITY DISTRICT
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | No. CIV-S-01-1520 MCE GGH
11 |     Plaintiff,                   |
12 |     v.                           | **STIPULATION REGARDING TYPOGRAPHICAL ERROR IN FOURTH-PARTY COMPLAINT;**
13 | EL DORADO COUNTY, CALIFORNIA; and |
   | CITY OF SOUTH LAKE TAHOE,        | **ORDER**
14 | CALIFORNIA,                      |
15 |     Defendants.                  |
16 | AND ALL RELATED CROSS-ACTIONS, COUNTER-ACTIONS, THIRD-PARTY ACTIONS, AND FOURTH-PARTY ACTIONS |
17 |
18

19     It was recently discovered by counsel for Fourth-Party Plaintiff South Tahoe Public Utility
20 District ("District") that the Fourth-Party Complaint filed herein by the District contains
21 typographical errors in paragraph 30 of the General Allegations and paragraphs 2 and 4 of the
22 Prayer for Relief in that these paragraphs cite to 43 U.S.C. § 1746(b), instead of 43 U.S.C. §
23 1764(b), as intended. The intended section, 43 U.S.C. § 1764(b), was quoted in the Fourth-Party
24 Complaint in relevant part.
25     IT IS HEREBY STIPULATED by and between the parties hereto through their respective
26 attorneys of record that in the Fourth Party Complaint filed by Fourth-Party Plaintiff South Tahoe
27 Public Utility District, the citation to 43 U.S.C. § 1746(b) in paragraph 30 of the General
28 Allegations and paragraphs 2 and 4 of the Prayer for Relief shall refer to 43 U.S.C. § 1764(b).

1

1  Fourth Party Defendants shall have 20 days from the court's approval of this stipulation to revise
2  their answer to paragraph 30 if needed.
3  IT IS SO STIPULATED.

4  DATED: _____, 2005        HATCH & PARENT
5
6                                  By _____/s/_____
                                        STEVEN L. HOCH
7                                       GARY M. KVISTAD
                                        ROBIN L. LEWIS
8                                       Attorneys for Third-Party Defendant
                                        SOUTH TAHOE PUBLIC UTILITY
9                                       DISTRICT

10 DATED: _____, 2005        UNITED STATES DEPARTMENT OF
                                   JUSTICE
11                                 Environment and Natural Resources Division
12
13                                 BY: _____/s/_____
                                        KARL J. FINGERHOOD
14                                      Environmental Enforcement Section
                                        Trial Attorney
15                                      Attorneys for the United States

16 DATED: _____, 2005        McGREGOR W. SCOTT
                                   United States Attorney
17
18                                 BY: _____/s/_____
                                        JOHN F. GISLA
19                                      Assistant United States Attorney
                                        Attorneys for the United States
20

21 IT IS SO ORDERED.
22
   DATED: July 15, 2005
23
24 [signature]
   _____
25 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE
26
27
28

2