```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JOHN F. GISLA, SB #42829
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2740

 5  KARL J. FINGERHOOD
    Environmental Enforcement Section
 6  Environment & Natural Resources Division
    P.O. Box 7611
 7  Washington, D.C. 20044
    Telephone: (202) 514-7519
 8
    Of Counsel:
 9  ROSE MIKSOVSKY
    Special Assistant U.S. Attorney
10  Office of the General Counsel, USDA

11  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV S-01-1520-MCE-GGH |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING RE FOURTH-PARTY PLAINTIFF'S MOTION TO STRIKE RELEVANT DOCUMENTS |
| EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA, | |
| Defendants. | DATE:    October 17, 2005<br>TIME:    9:00 a.m.<br>CTRM:    3 |

| |
|---|
| EL DORADO COUNTY, |
| Third-Party Plaintiff, |
| v. |
| DOUGLAS COUNTY, et al., |
| Third-Party Defendants. |

1

```
SOUTH TAHOE PUBLIC UTILITY
DISTRICT,

        Cross-Complainant,

    v.

UNITED STATES OF AMERICA, et al.,

        Cross-Defendants.

SOUTH TAHOE PUBLIC UTILITY
DISTRICT,

        Fourth-Party Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

        Fourth-Party Defendants.
```

In order to accommodate the schedules of counsel, the parties stipulate that the hearing on FOURTH-PARTY PLAINTIFF'S MOTION TO STRIKE RELEVANT DOCUMENTS may be continued to February 6, 2006, at 9:00 a.m..

DATED: _____          McGREGOR W. SCOTT
                                United States Attorney


                         By:    _____
                                JOHN F. GISLA
                                Assistant United States Attorney
                                Attorneys for the United States

2

```
 1  DATED: _____        HATCH & PARENT
 2
 3                          By:   _____
                                  STEVEN L. HOCH
 4                                GARY M. KVISTAD
                                  ROBIN L. LEWIS
 5                                Attorneys for Fourth-Party Plaintiff
                                  SOUTH TAHOE PUBLIC UTILITY DISTRICT
 6
 7
 8  IT IS SO ORDERED.
 9
    DATED: October 11, 2005
10
11
12
13                                _____
                                  MORRISON C. ENGLAND, JR
14                                UNITED STATES DISTRICT JUDGE
```

3