```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JOHN F. GISLA, SB #42829
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2740

 5  KARL J. FINGERHOOD
    Environmental Enforcement Section
 6  Environment & Natural Resources Division
    P.O. Box 7611
 7  Washington, D.C. 20044
    Telephone: (202) 514-7519
 8
    Of Counsel:
 9  ROSE MIKSOVSKY
    Special Assistant U.S. Attorney
10  Office of the General Counsel, USDA

11  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>EL DORADO COUNTY, CALIFORNIA; and<br>CITY OF SOUTH LAKE TAHOE,<br>CALIFORNIA,<br><br>     Defendants. | CIV S-01-1520-MCE-GGH<br><br>STIPULATION TO CONTINUE<br>HEARING RE FOURTH-PARTY<br>PLAINTIFF'S MOTION TO<br>SUPPLEMENT ADMINISTRATIVE<br>RECORD<br><br>DATE:    October 17, 2005<br>TIME:    9:00 a.m.<br>CTRM:    3 |
| EL DORADO COUNTY,<br><br>     Third-Party Plaintiff,<br><br>  v.<br><br>DOUGLAS COUNTY, et al.,<br><br>     Third-Party Defendants. | |

1

```
SOUTH TAHOE PUBLIC UTILITY
DISTRICT,

        Cross-Complainant,

   v.

UNITED STATES OF AMERICA, et al.,

        Cross-Defendants.

SOUTH TAHOE PUBLIC UTILITY
DISTRICT,

        Fourth-Party Plaintiff,

   v.

UNITED STATES OF AMERICA, et al.,

        Fourth-Party Defendants.
```

In order to accommodate the schedules of counsel, the parties stipulate that the hearing on FOURTH-PARTY PLAINTIFF'S MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD may be continued to February 6, 2006, at 9:00 a.m.

DATED: September 29, 2005        McGREGOR W. SCOTT
                                 United States Attorney


                          By:    /s/ John F. Gisla
                                 JOHN F. GISLA
                                 Assistant United States Attorney
                                 Attorneys for the United States

```
 1  DATED: September 28, 2005        HATCH & PARENT
 2
 3                              By:      /s/ Steven L. Hoch
                                     STEVEN L. HOCH
 4                                   GARY M. KVISTAD
                                     ROBIN L. LEWIS
 5                                   Attorneys for Fourth-Party Plaintiff
                                     SOUTH TAHOE PUBLIC UTILITY DISTRICT
 6
 7
 8  IT IS SO ORDERED.
 9
    DATED: October 11, 2005
10
11
12
                                     _____
13                                   MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE
14
```