McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

KARL J. FINGERHOOD
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 514-7519

Of Counsel:
ROSE MIKSOVSKY
Special Assistant U.S. Attorney
Office of the General Counsel, USDA

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA,<br><br>　　　　Defendants. | CIV S-01-1520-MCE-GGH<br><br><br>STIPULATION TO CONTINUE HEARING RE FOURTH-PARTY DEFENDANTS' MOTION TO DISMISS<br><br>DATE:　　December 5, 2005<br>TIME:　　9:00 a.m.<br>CTRM:　　3 |
| EL DORADO COUNTY,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>DOUGLAS COUNTY, et al.,<br><br>　　　　Third-Party Defendants. | |

1

SOUTH TAHOE PUBLIC UTILITY
DISTRICT,

        Cross-Complainant,

    v.

UNITED STATES OF AMERICA, et al.,

        Cross-Defendants.

SOUTH TAHOE PUBLIC UTILITY
DISTRICT,

        Fourth-Party Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

        Fourth-Party Defendants.

    In order to accommodate the schedules of counsel, the parties stipulate that the hearing on FOURTH-PARTY DEFENDANTS' MOTION TO DISMISS may be continued to March 20, 2006, at 9:00 a.m.

DATED: _____          McGREGOR W. SCOTT
                                 United States Attorney


                         By: _____
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States

1    DATED: _____          HATCH & PARENT

2

3                              By:  _____
                                    STEVEN L. HOCH
4                                   GARY M. KVISTAD
                                    ROBIN L. LEWIS
5                                   Attorneys for Fourth-Party Plaintiff
                                    SOUTH TAHOE PUBLIC UTILITY DISTRICT
6

7

8    IT IS SO ORDERED.

9

10   DATED: October 11, 2005

11

12                              _____
13                                   MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3