UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

EL DORADO COUNTY, CALIFORNIA;
and CITY OF SOUTH LAKE TAHOE,
CALIFORNIA,

        Defendants.
_____

AND ALL RELATED CROSS-ACTIONS,
COUNTER-ACTIONS, THIRD-PARTY ACTIONS,
AND FOURTH-PARTY ACTIONS.

No. 2:01-cv-1520-MCE-GGH

ORDER

----oo0oo----

    On December 22, 2005, Third Party Defendant Barton Healthcare System ("Barton") moved for summary judgment with respect to the Third Party Complaint filed against Barton by Third Party Plaintiff El Dorado County, California ("El Dorado"). That motion is now scheduled for hearing on January 23, 2006.

1

Presently before the Court is an Ex Parte Application[1] submitted by El Dorado for a continuance of the hearing on Barton's Motion pursuant to Federal Rule of Civil Procedure 56(f).

El Dorado contends, through the declaration of its counsel, Thomas Vandenburg, that further discovery, and most notably discovery pertaining to Barton's expert witnesses, is essential to properly oppose the motions.  In particular, El Dorado contends that it needs to depose James Davidson and Richard Martin, two experts whose opinions are offered by way of declarations submitted in support of Barton's motion.  El Dorado states that it was unaware of the existence of those experts before Barton's motion was filed, an assertion not surprising in view of the fact that the deadline for expert disclosure in this case will not expire until February 14, 2007.  El Dorado maintains that deposition testimony from Mr. Davidson and Mr. Martin is necessary in order to properly examine the bases for their opinions and to adequately respond to Barton's motion.

The Court agrees that this discovery appears directly related to formulating El Dorado's opposition.  Rule 56(f) provides for continuance of a summary judgment motion under such circumstances, stating in pertinent part as follows:

---

[1] While El Dorado's moving papers, filed January 3, 2006, refer to an Ex Parte Application for Order Shortening Time on a hearing to continue the pending summary judgment motion, no date for hearing was sought other than a request that continuance be granted prior to the January 9, 2006 deadline for submitting opposition in advance of the January 23, 2006 hearing.  After reviewing the moving papers, and the opposition thereto, the Court finds that no hearing date is necessary, and accordingly elects to treat El Dorado's request simply as an ex parte application for continuance.

2

**(f) When Affidavits are Unavailable.** Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

Rule 56(f) confers the court with discretion to order that additional discovery be completed before summary judgment, or to "make such order as it just" to "protect parties from a premature grant of summary judgment." Weinberg v. Whatcom County, 241 F.3d 746, 750 (9th Cir. 2001). "A district court should continue a summary judgment upon a good faith showing by affidavit that the continuance is needed to obtain facts essential to preclude summary judgment." Id. at 750, citing California v. Campbell, 138 F.3d 772, 779 (9th Cir. 1998).

Because the Court believes that El Dorado has the right to conduct discovery testing the reasoning and rationale underlying the expert opinion advanced by Barton in support of its Motion for Summary Judgment, the hearing on Barton's motion is accordingly continued to March 6, 2006 at 9:00 a.m. The deadlines for opposition and reply, if any, shall be calculated in advance of that continued date in accordance with Local Rule 78-230(c).

IT IS SO ORDERED.

DATED: January 10, 2006

3

1
2
3
4   _____
    MORRISON C. ENGLAND, JR
5   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28