```
SCOTT W. GORDON, ESQ. (SB No. 99716)
LAW OFFICES OF SCOTT W. GORDON
A Professional Corporation
1990 N. California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone:  (510) 295-3131

Attorneys for Cross-Defendant
DOUGLAS COUNTY, NEVADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br>vs.<br><br>EL DORADO COUNTY, CALIFORNIA;<br>CITY OF SOUTH LAKE TAHOE,<br>CALIFORNIA,<br><br>    Defendants.<br>_____<br>EL DORADO COUNTY, CALIFORNIA,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, et al.<br><br>    Third-Party Defendants.<br>_____<br>AND RELATED COUNTER, CROSS AND<br>THIRD PARTY ACTIONS.<br>_____ | Case No.  S-01-1520 MCE GGH<br><br>ORDER RE CROSS-DEFENDANT<br>DOUGLAS COUNTY, NEVADA'S<br>REQUEST FOR TELEPHONE<br>APPEARANCE AT HEARING ON<br>BARTON HEALTHCARE SYSTEM'S<br>MOTION FOR SUMMARY JUDGMENT<br><br>DATE:      April 3, 2006<br>TIME:      9:00 a.m.<br>DEPT:      Courtroom 3, 15th Floor |

The Court is presently scheduled to hear Barton Healthcare System's Motion for Summary Judgment on Monday, April 3, 2006, at 9:00 a.m.  Counsel for Cross-Defendant Douglas County, Nevada, has requested leave to appear at this hearing by telephone.  Based upon a review of the record and good cause appearing,

1    IT IS HEREBY ORDERED that Douglas County, Nevada's request is GRANTED, and
2 counsel for Douglas County, Nevada shall provide the Court with the necessary contact information
3 in advance of the hearing.
4 DATED: March 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE