SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

KARL J. FINGERHOOD
JAMON BOLLOCK
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice

MCGREGOR W. SCOTT
United States Attorney
Eastern District of California

EDMUND BRENNAN
Assistant U.S. Attorney

Attorneys for the Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No.: 2:01-cv-1520-MCE-GGH<br><br>Courtroom: Hon. Morrison C. England<br><br>ORDER GRANTING UNITED STATES' REQUEST FOR TELEPHONIC APPEARANCE BY U.S. DEPARTMENT OF JUSTICE ATTORNEYS AT HEARING ON BARTON HEALTHCARE SYSTEM'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: April 3, 2006<br><br>Time: 9:00 a.m.<br><br>Place: Courtroom 3, 15th Floor |

1

PDF created with pdfFactory trial version www.pdffactory.com

The Court is presently scheduled to hear Barton Healthcare System's Motion for Summary Judgment on Monday, April 3, 2006 at 9:00 a.m.  The Court has previously granted permission for counsel for Douglas County, Nevada to appear at this hearing telephonically.  Counsel for the United States based in Washington, D.C. have requested permission to appear at the hearing by telephone and have offered to coordinate any such arrangements with counsel for Douglas County, Nevada.  Based upon a review of the record and good cause appearing,

IT IS HEREBY ORDERED that the United States' request is GRANTED, and counsel for the United States shall be permitted to appear telephonically at the hearing provided it makes arrangements to do so in coordination with counsel for Douglas County, Nevada.

Dated:  March 30, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com