MARC A. ZEPPETELLO (State Bar No. 121185)
SERGIO I. BORGIOTTI (State Bar No. 214690)
BARG COFFIN LEWIS & TRAPP, LLP
One Market · Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone:  (415) 228-5400

Attorneys for Third-Party Defendants
HARRAH'S OPERATING COMPANY, INC. and
HARVEYS TAHOE MANAGEMENT COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY, CALIFORNIA;<br>and CITY OF SOUTH LAKE TAHOE,<br>CALIFORNIA,<br><br>　　　　Defendants. | Civil Action No. 2:01-cv-1520-MCE-GGH<br><br>**ORDER RE: HARRAH'S OPERATING COMPANY, INC.'S AND HARVEYS TAHOE MANAGEMENT COMPANY, INC.'S REQUEST FOR TELEPHONE APPEARANCE AT BARTON HEALTHCARE SYSTEM'S MOTION FOR SUMMARY JUDGMENT** |
| EL DORADO COUNTY, CALIFORNIA,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>DOUGLAS COUNTY, et al.,<br><br>　　　　Third-Party Defendants. | Date:　　　　April 3, 2006<br>Time:　　　　9:00 a.m.<br>Courtroom:　3 |
| AND RELATED THIRD-PARTY COUNTERCLAIMS | |

　　　　The Court is presently scheduled to hear Barton Healthcare System's Motion for Summary Judgment on Monday, April 3, 2006, at 9:00 a.m.  Counsel for Third Party Defendants Harrah's Operating Company, Inc. ("Harrah's") and Harveys Tahoe Management Company, Inc. ("Harveys") has requested leave to appear at this hearing by telephone.  Based upon a review of the record and good cause appearing,

1 | IT IS HEREBY ORDERED that Harrah's and Harveys' request is GRANTED, and
2 | counsel for Harrah's and Harveys shall provide the Court with the necessary contact information
3 | in advance of the hearing.
4 |
5 | Dated:  March 30, 2006
6 |
7 | _____
  | MORRISON C. ENGLAND, JR
8 | UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com