DONGELL LAWRENCE FINNEY CLAYPOOL LLP
RICHARD A. DONGELL, SBN: 128083
  (email: rdongell@dlflawyers.com)
THOMAS F. VANDENBURG, SBN: 163446
  (email: tvandenburg@dlflawyers.com)
SHIRIN R. KIAEI, SBN: 213906
  (email: skiaei@dlflawyers.com)
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:  (213) 943-6101

Attorneys for Defendant and Third-Party Plaintiff
EL DORADO COUNTY, CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:01-cv-1520-MCE-GGH |
| Plaintiff, | |
| v. | **ORDER FOR APPOINTMENT OF SPECIAL MASTER AND RELIEF FROM THE COURT'S SCHEDULING ORDER** |
| EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA, | |
| Defendants. | Trial Date: September 19, 2007 |
| AND RELATED ACTIONS. | |

     The Parties' Motion for the appointment of Ms. Catherine Yanni, Esq., ("Ms. Yanni") as Special Master for Mediation and for an order relieving the Parties from the Court's Second Amended Pretrial (Status) Scheduling Order having been presented to this Court, and

1

PDF created with pdfFactory trial version www.pdffactory.com

1   Having considered all the papers properly filed by the Parties, and good
2   cause having been shown,
3   IT IS HEREBY ORDERED that the Parties' Motion for the appointment of
4   Ms. Yanni as Special Master for Mediation is granted and the Parties are hereby
5   relieved from the deadlines imposed by the Court's Second Amended Pretrial
6   (Status) Scheduling Order.
7   Ms. Yanni shall inform the Court, within 60 days of the October 17, 2006
8   mediation as to whether an additional continuance, beyond the proposed schedule
9   below is warranted.
10  The Special Master shall have the following authority, which she shall
11  exercise with all reasonable diligence under Rule 53:
12  1.   To direct, manage, and facilitate the settlement negotiations
13  among the parties who have agreed to mediation, or who may agree to do so, and
14  their insurers.
15  2.   To schedule mediation sessions, telephone conference calls, and
16  other forms of communication among the mediating parties, and to require those
17  parties, their counsel, and insurers to attend and participate in mediation sessions
18  and/or other communications.  The Special Master will make reasonable efforts to
19  take into consideration the convenience of attendees when selecting locations for
20  mediation sessions.
21  3.   To require that parties and their insurers appear and participate
22  at mediation sessions with full authority to negotiate in a good faith efforts to reach
23  a settlement.
24  4.   To take all appropriate measures to perform fairly and
25  efficiently the responsibilities of a mediator in an effort to effectuate a complete
26  settlement of this action.
27  5.   To report to the Court at a regularly scheduled status
28  conferences the progress and status of the settlement negotiations.

PDF created with pdfFactory trial version www.pdffactory.com

1    JAMS shall charge $500/hour for Ms. Yanni's services as Special Master, plus the normal JAMS administrative fee of 10% of the professional charges.  The Special Master will not charge travel time within the Bay Area, will charge one-half travel time for travel to Sacramento, and will charge full time for travel beyond Sacramento.  JAMS will charge for out-of-pocket expenses such as meals provided during mediation sessions, express mail charges, and telephone conference calls.  No charge will be made for mileage, routine copying, faxing, telephone, and postage.

    Pursuant to the Parties' agreement, the JAMS charges for the Special Master's service shall generally be divided equally among the parties.  However, if only some of the parties are involved in a particular meeting, conference call, etc., the charges for that event shall be divided equally among the participating parties.  At the request of any party, the Court shall review and approve the charges for the Special Master's services.

    The Parties may have ex parte communications with the Special Master as to all matters related in any way to the mediation process.  The Special Master may communicate with the Court as she and the Court deem necessary concerning the status of the mediation process, but shall not disclose to the Court the specifics of any party's settlement position without the consent of that party.  Mediation briefs and any other documents submitted by the parties will not be disclosed to the Court by Ms. Yanni or any party.

    The Special Master need not preserve any record of her activities.

///
///
///
///
///
///

3

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY FURTHER ORDERED that, pursuant to the parties' report,
2 the Second Amended Pretrial (Status) Scheduling Order will be amended for
3 purposes of continuing existing deadlines approximately 120 days to allow the
4 parties to focus their efforts on mediation in the meantime.  A separate amended
5 scheduling order will be issued in that regard.

6 DATED: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com