UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA,

        Defendants.

_____

AND ALL RELATED ACTIONS.

No. 2:01-cv-01520-MCE-GGH

ORDER

----oo0oo----

    Counsel for Defendant and Third-Party Plaintiff El Dorado County ("El Dorado"), through this Motion, asks the Court to schedule a Mandatory Settlement Conference between El Dorado County and Plaintiff, the United States of America.

///
///
///

1

1  Despite the fact that two Special Masters, Catherine Yanni and
2  Michael Lewis, have been appointed to mediate this case and while
3  several mediation sessions have already occurred, El Dorado
4  County nonetheless believes that mediation efforts between it and
5  the United States have stalled and that the Court should now
6  exercise its discretion under Local Rule 16-270(a) in setting up
7  a judicially-supervised settlement conference before the assigned
8  Magistrate Judge, Gregory G. Hollows, upon a showing of good
9  cause.
10      The United States, on the other hand, points out that since
11 the last mediation session in this case, it sent a revised
12 settlement proposal to El Dorado County based on the Government's
13 updated cleanup costs.  According to the Government, it has yet
14 to receive a response to that new proposal.  While the Government
15 believes it would be appropriate to resume mediation efforts
16 after it receives a response, it maintains that any effort to do
17 so beforehand would be premature, and further alleges that there
18 is no reason why the assigned mediators should not preside over
19 any renewed settlement discussions.
20      El Dorado does not dispute the Government's contention that
21 it has not responded to Plaintiff's most recent settlement
22 proposal, but nonetheless expresses its belief that efforts to
23 resolve the case have reached an impasse.
24 ///
25 ///
26 ///
27 ///
28 ///

1    Under the circumstances and given the expertise the
2 mediators have already gained concerning the myriad details of
3 this unquestionably complicated case, the Court believes that
4 settlement efforts are still best channeled through the appointed
5 mediators.  El Dorado's Motion is consequently DENIED,[1] without
6 prejudice to renewing its request should subsequent developments
7 in the case so indicate.
8    IT IS SO ORDERED.
9
 Dated: November 21, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

3