UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                No. 2:01-cv-01520-MCE-GGH

      Plaintiff,

  v.                                       **ORDER**

EL DORADO COUNTY, CALIFORNIA;
and CITY OF SOUTH LAKE TAHOE,
CALIFORNIA,

      Defendants.

AND ALL RELATED ACTIONS.

----oo0oo----

On October 19, 2009, the United States filed the Motion now before the Court: a request for approval of the government's proposed Consent Decree with certain Third Party Defendants in this matter.

The proposed Consent Decree was initially lodged with the Court on September 1, 2009.  Notice of Lodging was thereafter published with the Federal Register on Tuesday, September 8, 2009, indicating that the United States would accept comments on the proposed  Consent Decree for a period of 30 days.

1

That comment period closed on October 8, 2009 and no comments were received.  The instant Motion was thereafter filed.

Given the terms of the Consent Decree negotiated between the parties, the fact that no one posited any suggestion during the aforementioned comment period that the Consent Decree was not fair, reasonable, and consistent with the objectives of CERCLA, the fact that no opposition to the present Motion was made, and good cause appearing therefor, the United States' Motion to Approve Consent Decree is GRANTED.[1]  The Court will sign the Consent Decree itself concurrently with this Order.

IT IS SO ORDERED.

Dated: December 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).