DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL, SBN: 128083
(rdongell@dlflawyers.com)
THOMAS F. VANDENBURG, SBN: 163446
(tvandenburg@dlflawyers.com)
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for Defendant and Third-Party Plaintiff
EL DORADO COUNTY, CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: S-01-1520 MCE GGH |
|---|---|
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | **DEFENDANT AND THIRD PARTY PLAINTIFF EL DORADO COUNTY, CALIFORNIA AND PLAINTIFF UNITED STATES OF AMERICA'S STIPULATION CONCERNING THE COURT REGISTRY ACCOUNT** |
| EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA, | |
| Defendants. | |
| AND ALL RELATED CROSS ACTIONS | |

Whereas, on December 9, 2009, the Court granted the United States' Motion to Approve Consent Decree with Certain Third Party Defendants; and,

Whereas, on December 7, 2009, the Court issued an Order directing the deposit of settlement monies with the Clerk of the Court and directing the Clerk of the Court to deposit all settlement monies with the court registry investment account ("Court Registry Account "); and,

Whereas, to date the Clerk of the Court has made and/or received such deposits such totaling $1.25 million as follows:

RECEIPT number #CAE200022311 $100,000.00 Court Registry Account fbo Sierra Pacific Power Co. by Sierra Pacific Power Company on 12/15/2009. (Entered: 12/15/2009)

RECEIPT number #CAE200022479 $250,000.00 fbo Heavenly Valley by Heavenly Valley on 12/22/2009. (Entered: 01/08/2010)

RECEIPT number #CAE200022804 $150,000.00 fbo Safeway Inc. by Safeway Inc. on 1/6/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022828 $50,000.00 fbo Lake Tahoe Unified School Dis. by Century Indemnity Company on 1/7/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022829 $50,000.00 fbo Lake Tahoe Unified School Dis. by County of El Dorado on 1/7/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022831 $100,000.00 fbo Raleys by Arrowood Indemnity Company on 1/7/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022834 $350,000.00 fbo Harveys Tahoe Management Co. and Harrah's Operating Company, Inc. by Harrahs Lake Tahoe on 1/7/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022873 $50,000.00 fbo The Hertz Corporation by The Hertz Corporation on 1/8/2010. (Entered: 01/12/2010)

DEPOSIT of $150,000 by Douglas County, Nevada on February 4, 2010

Whereas, the Consent Decree provides that all funds in the Court Registry Account are to be maintained in that account with the express purpose that such funds be disbursed only for past or future costs of "response" as that term is defined in the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), as amended, 42 U.S.C. §§ 9601 et seq.; and,

Whereas, Funds in the Court Registry Account may be disbursed upon the joint request of the United States and El Dorado County and with the approval of this Court; and,

Whereas, upon a joint request made on an ex parte basis, the Consent Decree provides that the Clerk of the Court shall pay some or all of the funds in the Court Registry Account as directed by the Court; and,

Whereas, on June 2, 2010, the U.S. Department of Agriculture, Forest Service, pursuant to its delegated authorities under Section 106 of CERCLA, 42 U.S.C. §9606, issued a Unilateral Administrative Order ("UAO") to El Dorado County; and

Whereas, the UAO requires El Dorado County to implement the remedial remedy set forth in the Record of Decision for Operational Unit 1 ("OU-1 ROD") at the Meyers Landfill Site;

Whereas the UAO allows El Dorado County and its agents access to the Meyers Landfill Site to implement the OU-1 ROD; and,

Whereas, the United States has issued such UAO in advance of the lodging of a Proposed Consent Decree resolving its claims against El Dorado County brought herein; and,

Whereas, the United States anticipates lodging such Proposed Consent Decree within the next 30 calendar days; and,

Whereas, both the United States and El Dorado County agree that implementation of the OU-1 ROD at the Meyers Landfill Site to be conducted by

El Dorado County, as discussed above, will involve the incurrence of "response costs" as that term is defined in CERCLA;

Therefore, the United States and El Dorado County hereby request that this Court approve payment of $1.25 million, plus any interest accrued thereon, from the Court Registry Account to El Dorado County for the implementation of the OU-1ROD at the Meyers Landfill Site; and hereby request that this Court direct the Clerk of the Court to make an electronic fund transfer of $1.25 million, plus any interest accrued thereon, from the Court Registry Account to El Dorado County as follows within five (5) days of this Order:

    Account name:  El Dorado County Treasurer-Tax Collector

    Bank name and address:

        Bank of America NT & SA

        Sacramento Government Services, CBO #1504

        555 Capitol Mall, Suite 1555

        Sacramento, CA 95814

    Federal Non-ACH Bank routing number (ABA):

        026009593

    Bank account number:  1489350167

    IT IS SO ORDERED.

DATED: June 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

June 23, 2010             */s/ Thomas F. Vandenburg*
Date                      THOMAS F. VANDENBURG
                          Dongell Lawrence Finney LLP
                          707 Wilshire Blvd., 45th Floor
                          Los Angeles, CA 90017
                          Telephone: (213) 943-6100
                          Facsimile: (213) 943-6101
                          Attorneys for El Dorado County, California

June 23, 2010             */s/ Karl J. Fingerhood*
Date                      KARL J. FINGERHOOD
                          U.S. Department of Justice
                          Environmental Enforcement Section
                          Environment & Natural Resources Division
                          P.O. Box 7611
                          Washington, D.C. 20044-7611
                          Telephone: (202) 514-7519
                          Facsimile: (202) 514-2583
                          Attorneys for the United States of America

5

DEFENDANT AND THIRD PARTY PLAINTIFF EL DORADO COUNTY, CALIFORNIA AND PLAINTIFF UNITED STATES OF AMERICA'S STIPULATION CONCERNING THE COURT REGISTRY ACCOUNT