DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL, SBN: 128083
(rdongell@dlflawyers.com)
THOMAS F. VANDENBURG, SBN: 163446
(tvandenburg@dlflawyers.com)
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for Defendant and Third-Party Plaintiff
EL DORADO COUNTY, CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA,<br><br>   Defendants.<br><br>AND ALL RELATED CROSS ACTIONS | No. 2:01-cv-01520-MCE GGH<br><br>Hon. Morrison C. England, Jr.<br><br>**DEFENDANT AND THIRD PARTY PLAINTIFF EL DORADO COUNTY, CALIFORNIA AND PLAINTIFF UNITED STATES OF AMERICA'S STIPULATION CONCERNING THE COURT REGISTRY ACCOUNT; ORDER** |
|---|---|

Whereas, on December 9, 2009, the Court granted the United States' Motion to Approve Consent Decree with Certain Third Party Defendants; and,

Whereas, on December 7, 2009, the Court issued an Order directing the deposit of settlement monies with the Clerk of the Court and directing the Clerk of the Court to deposit all settlement monies with the court registry investment account ("Court Registry Account "); and,

Whereas, to date the Clerk of the Court has made and/or received such deposits such totaling $1.25 million as follows:

PDF created with pdfFactory trial version www.pdffactory.com

RECEIPT number #CAE200022311 $100,000.00 Court Registry Account fbo Sierra Pacific Power Co. by Sierra Pacific Power Company on 12/15/2009. (Entered: 12/15/2009)

RECEIPT number #CAE200022479 $250,000.00 fbo Heavenly Valley by Heavenly Valley on 12/22/2009. (Entered: 01/08/2010)

RECEIPT number #CAE200022804 $150,000.00 fbo Safeway Inc. by Safeway Inc. on 1/6/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022828 $50,000.00 fbo Lake Tahoe Unified School Dis. by Century Indemnity Company on 1/7/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022829 $50,000.00 fbo Lake Tahoe Unified School Dis. by County of El Dorado on 1/7/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022831 $100,000.00 fbo Raleys by Arrowood Indemnity Company on 1/7/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022834 $350,000.00 fbo Harveys Tahoe Management Co. and Harrah's Operating Company, Inc. by Harrahs Lake Tahoe on 1/7/2010. (Entered: 01/08/2010)

RECEIPT number #CAE200022873 $50,000.00 fbo The Hertz Corporation by The Hertz Corporation on 1/8/2010. (Entered: 01/12/2010)

DEPOSIT of $150,000 by Douglas County, Nevada on February 4, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

1  Whereas, the Consent Decree provides that all funds in the Court
2  Registry Account are to be maintained in that account with the express purpose
3  that such funds be disbursed only for past or future costs of "response" as that term
4  is defined in the Comprehensive Environmental Response, Compensation, and
5  Liability Act ("CERCLA"), as amended, 42 U.S.C. §§ 9601 et seq.; and,

6  Whereas, Funds in the Court Registry Account may be disbursed upon
7  the joint request of the United States and El Dorado County and with the approval
8  of this Court; and,

9  Whereas, upon a joint request made on an ex parte basis, the Consent
10  Decree provides that the Clerk of the Court shall pay some or all of the funds in the
11  Court Registry Account as directed by the Court; and,

12  Whereas, on June 2, 2010, the U.S. Department of Agriculture, Forest
13  Service, pursuant to its delegated authorities under Section 106 of CERCLA, 42
14  U.S.C. §9606, issued a Unilateral Administrative Order ("UAO") to El Dorado
15  County; and

16  Whereas, the UAO requires El Dorado County to implement the
17  remedial remedy set forth in the Record of Decision for Operational Unit 1 ("OU-1
18  ROD") at the Meyers Landfill Site;

19  Whereas the UAO allows El Dorado County and its agents access to
20  the Meyers Landfill Site to implement the OU-1 ROD; and,

21  Whereas, the United States has issued such UAO in advance of the
22  lodging of a Proposed Consent Decree resolving its claims against El Dorado
23  County brought herein; and,

24  Whereas, the United States lodged a Proposed Partial Consent Decree
25  with the Court on June 28, 2010 and Notice of the proposed Partial Consent Decree
26  was published in the Federal Register on July 2, 2010; and,
27  ///
28  ///

PDF created with pdfFactory trial version www.pdffactory.com

1         Whereas, both the United States and El Dorado County agree that
2 implementation of the OU-1 ROD at the Meyers Landfill Site to be conducted by
3 El Dorado County, as discussed above, will involve the incurrence of "response
4 costs" as that term is defined in CERCLA; and,
5         Whereas, the parties previously provided the Court a Stipulation
6 Concerning payment of funds held in the Court Registry Account which provided
7 that the funds would be transferred electronically; and,
8         Whereas, the parties subsequently have been advised that the Clerk's
9 Office does not accommodate electronic transfer of funds from the Court Registry
10 Account;
11         Therefore, the United States and El Dorado County hereby request
12 that this Court approve payment of $1.25 million, plus any interest accrued
13 thereon, from the Court Registry Account to El Dorado County for the
14 implementation of the OU-1ROD at the Meyers Landfill Site; and hereby request
15 that this Court direct the Clerk of the Court to issue payment of $1.25 million, plus
16 any interest accrued thereon, from the Court Registry Account to El Dorado
17 County, California as follows within five (5) days of this Order:
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4
DEFENDANT AND THIRD PARTY PLAINTIFF EL DORADO COUNTY, CALIFORNIA AND PLAINTIFF
UNITED STATES OF AMERICA'S STIPULATION CONCERNING THE COURT REGISTRY ACCOUNT

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | Payee: "County of El Dorado" |
| 2 | Payment to be accepted in person at the Clerk's Office by: |
| 3 | Ms. Kerri Williams |
| 4 | Fiscal Administration Manager |
| 5 | County of El Dorado |
| 6 | Environmental Management Department. |

IT IS SO STIPULATED.

July 27, 2010     /s/ Thomas F. Vandenburg
Date              THOMAS F. VANDENBURG
                  DONGELL LAWRENCE FINNEY LLP
                  Attorneys for El Dorado County, California

July 27, 2010     /s/ Karl J. Fingerhood
Date              KARL J. FINGERHOOD
                  U.S. Department of Justice
                  Attorneys for the United States of America

IT IS SO ORDERED.

Dated:  July 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

5

DEFENDANT AND THIRD PARTY PLAINTIFF EL DORADO COUNTY, CALIFORNIA AND PLAINTIFF
UNITED STATES OF AMERICA'S STIPULATION CONCERNING THE COURT REGISTRY ACCOUNT

PDF created with pdfFactory trial version www.pdffactory.com