STEVEN L. HOCH (State Bar No. 059505)
GARY M. KVISTAD (State Bar No. 121869)
Brownstein Hyatt Farber Schreck, LLP
21 East Carrillo Street
Santa Barbara, CA  93101
Telephone:      (805) 963-7000
Facsimile:       (805) 965-4333

Attorneys for Third-Party Defendant/Fourth-Party Plaintiff
SOUTH TAHOE PUBLIC UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             v.<br><br>EL DORADO COUNTY, CALIFORNIA, et al.,<br><br>                          Defendants.<br><br>AND RELATED ACTIONS. | No.  2:01-cv-01520-MCE-GGH<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE OF CERTAIN THIRD PARTY CLAIMS** |

   Pursuant to the Parties' Settlement Agreement, dated December 15, 2009, and Federal Rules of Civil Procedure Section 41, the following action is DISMISSED WITH PREJUDICE: the District Third Party Action against the El Dorado County, Douglas County, City of South Lake Tahoe and South Tahoe Refuse for Declaratory Judgment and Contribution under CERCLA.  The Court shall retain jurisdiction to enforce, if necessary, the terms of the Settlement Agreement, the terms of which are incorporated therein.

   IT IS SO ORDERED.

Dated: September 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com