IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

KARL FINGERHOOD
Trial Attorney (PA Bar ID No. 63260)
United States Department of Justice
Environmental Enforcement Section
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-7519
Facsimile:  (202) 514-2583
karl.fingerhood@usdoj.gov

ANDREW DOYLE
Trial Attorney (Fla. Bar ID No. 84948)
United States Department of Justice
Environmental Defense Section
Environment and Natural Resources Division
P.O. Box 23986
Washington, DC  20026
Telephone:  (202) 514-4427
Facsimile:  (202) 514-8865
andrew.doyle@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO DIVISION)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY, CALIFORNIA and CITY OF SOUTH LAKE TAHOE, CALIFORNIA, et al.<br><br>　　　　　　　Defendants.<br>_____<br>AND ALL RELATED ACTIONS | CASE NO.  2:01-cv-1520 MCE GGH<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE BRIEF SUR-REPLY TO COUNTY'S REPLY OF JUNE 2, 2011**<br><br>Date: June 9, 2011<br><br>Time: 2:00 p.m.<br><br>Place: Courtroom 7<br><br>Hon. Morrison C. England, Jr. |

1  Upon consideration of the United States' Request for Leave to File a brief Sur-Reply
2  along with its Supplemental Declaration, the Request is GRANTED and the Court will consider
3  the proposed Sur Reply attached to the government's request.  The United States is directed to file
4  said Sur-Reply forthwith.

Date:  June 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE