THOMAS M. BRUEN (SBN: 63324)
ERIK A. REINERTSON (SBN: 218031)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone:    (925) 295-3137
Facsimile:    (925) 295-3132
Email:          tbruen@sbcglobal.net
                    ereinertson@sbcglobal.net

Attorneys for Defendant and Third Party Plaintiff
EL DORADO COUNTY, CALIFORNIA

(Additional counsel on following page.)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>   v.<br><br>EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA,<br><br>                    Defendants.<br>AND RELATED ACTIONS | Case No.: 2:01-cv-01520 MCE GGH<br><br>**DEFENDANT COUNTY OF EL DORADO AND PLAINTIFF UNITED STATES OF AMERICA'S STIPULATION REGARDING STATUS REPORT SUBMISSION DEADLINE; PROPOSED ORDER** |

STIPULATION

1  LOUIS B. GREEN, County Counsel (SBN: 057157)
   MICHAEL J. CICCOZZI, Deputy County Counsel.  (SBN: 134859)
2  COUNTY OF EL DORADO
3  330 Fair Lane
   Placerville, CA 95667
4  Telephone:      (530) 621-5770
   Email:          Michael.Ciccozzi@edcgov.us
5
6  RICHARD A. DONGELL (SBN: 128083)
   THOMAS F. VANDENBURG  (SBN: 163446)
7  DONGELL LAWRENCE FINNEY LLP
   707 Wilshire Boulevard, 45th Floor
8  Los Angeles, CA  90017-3609
9  Telephone:      (213) 943-6100
   Facsimile:      (213) 943-6101
10 Email: rdongell@dlflawyers.com

STIPULATION

1  This Stipulation is entered into by and between Plaintiff United States of America ("United States") and Defendant El Dorado County, California ("County") by their respective undersigned counsel of record.  By this Stipulation, the United States and County jointly request that the Court enter the following proposed order.

WHEREAS, on July 8, 2011, the Court issued an Memorandum and Order ("Order," ECF. No. 416) granting the County's Motion for Construction, Enforcement, and Modification of the PCD;

WHEREAS, the Order stated that an evidentiary hearing shall be conducted to determine the United States' liability for additional costs paid by the County to construct the Final 100% Remedial Design, and for any costs incurred by the County in completing said Design in the future;

WHEREAS, the Order directed parties to meet and confer with respect to the discovery needed in advance of such a hearing, the anticipated length of the hearing, whether the hearing should be assigned to a special magistrate, and the suggested dates for the hearing;

WHEREAS, the Order directed the parties to submit such information to the Court in a Status Report to be submitted no later than 10 days following the filing of the Order, or July 18, 2011;

WHEREAS, counsel for the United States and the County have entered discussions regarding the matters to be addressed in the Status Report;

WHEREAS, the governing body of the County, the Board of Supervisors ("Board"), is next scheduled to meet on July 19, 2011, when they will conduct a closed session meeting addressing this litigation;

WHEREAS, the Board will then be able to provide County counsel and staff with direction regarding the matters to be addressed in the Status Report and the County's ongoing discussion with the Untied States;

WHEREAS, pending the July 19, 2011 meeting of the Board, the County is continuing to construct the OU-1 Remedy at the Meyers Landfill;

NOW, THEREFORE, the United States and El Dorado County stipulate to and hereby request that the Court enter a proposed order:

1. Extending the submission deadline of the Status Report from July 18, 2011 to July 29, 2011.

IT IS SO STIPULATED.

DATED: July 15, 2011                LAW OFFICES OF THOMAS M. BRUEN,
                                    A Professional Corporation

                                    /s/ Thomas M. Bruen
                                    ---
                                    THOMAS M. BRUEN
                                    Attorneys for Defendant
                                    EL DORADO COUNTY

DATED: July 15, 2011                UNITED STATES OF AMERICA

                                    IGNACIA S. MORENO
                                    Assistant Attorney General
                                    Environment & Natural Resources Division
                                    U.S. Department of Justice

                                    /s/ Andrew J. Doyle
                                    ---
                                    ANDREW J. DOYLE
                                    Trial Attorney
                                    Environmental Enforcement Section
                                    Environment & Natural Resources Division
                                    U.S. Department of Justice

                                    KARL J. FINGERHOOD
                                    Trial Attorney
                                    Environmental Defense Section
                                    Environment & Natural Resources Division
                                    U.S. Department of Justice

STIPULATION

ORDER

IT IS HEREBY ORDERED that:

1. The parties are ordered to submit the Status Report previously due July 18, 2011 no later than July 29, 2011.

**Date: 7/19/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE