UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:01-cv-1520 MCE DAD |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA | |
| Defendants. | |
| AND RELATED ACTIONS. | |

On April 3, 2014, the assigned District Judge referred this matter to the undersigned pursuant to Local Rule 301, and the parties' agreement, for an evidentiary hearing and, thereafter, the issuance of findings and recommendations regarding reimbursement issues surrounding remediation efforts at the site which is the subject of this litigation.  (Dkt. No. 436.)

Accordingly, IT IS ORDERED that:

1. A Status Conference is set for **Friday, May 16, 2014, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. Any party may appear at the status conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned

1

magistrate judge, at (916) 930-4128, no later than 48 hours before the Status Conference; a land line telephone number must be provided.

3. The parties' shall file a joint status report on or before **May 9, 2014**, that provides an update as to the status of the parties' dispute and joint or separate proposed discovery schedules.

Dated: April 15, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\U.S. v. El Dorado.1520.ossc.docx

2