SAM HIRSCH
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

Karl J. Fingerhood, Senior Counsel
Andrew J. Doyle, Attorney
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 514-7519 & (202) 514-4427
Facsimile:  (202) 514-0097
karl.fingerhood@usdoj.gov
andrew.doyle@usdoj.gov

Attorneys for United States of America

THOMAS M. BRUEN (SBN:  63324)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 620
Walnut Creek, CA  94596
Telephone:  (925) 295-3137
Facsimile:  (925) 295-3132
tbruen@tbslaw.com

Attorney for El Dorado County, California

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY, CALIFORNIA,<br><br>*et al.*,<br><br>　　　　　Defendants.<br><br>AND RELATED ACTIONS. | No.  2:01-cv-1520-MCE-DAD<br><br><br>**STIPULATION FOR EXTENSION OF TIME and ORDER** |

WHEREAS, on July 8, 2011 (ECF No. 416) the Court entered an Order granting

the County's Motion to Modify the Consent Decree in this matter.

WHEREAS, by Order entered October 29, 2014 (ECF No. 445) the Court ordered further briefing on the issues remaining in this dispute.

WHEREAS, on December 3, 2014, the parties had an in-person mediation, to attempt to resolve the remaining issues in dispute before the District Court, as well as some additional issues.

WHEREAS, counsel believe that substantial progress was made at the mediation.

WHEREAS, the parties believe that their time would be best focused on drafting an appropriate settlement instrument for review by their clients.

IT IS HEREBY STIPULATED AND AGREED that the United States shall have until, Monday, February 2, 2015 to submit any response brief pursuant to the Court's Order dated October 29, 2014 (ECF No. 445).  Any reply on behalf of the County must be filed no later than February 17, 2015.

DATED:  Dec. 22, 2014

                                          Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

SAMUEL HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

Stipulation      2

```
                          /s/ Karl J. Fingerhood
                         KARL J. FINGERHOOD
                         Senior Counsel
                         Environmental Enforcement Section
                         Environment & Natural Resources Division
                         U.S. Department of Justice

                         ANDREW DOYLE
                         Trial Attorney
                         Environmental Defense Section
                         Environment & Natural Resources Division
                         U.S. Department of Justice


                         BENJAMIN B. WAGNER
                         United States Attorney
```

FOR DEFENDANT EL DORADO COUNTY, CALIFORNIA:

```
                         LAW OFFICES OF THOMAS M. BRUEN
                         A Professional Corporation

Dated:  December 22, 2014     /s/ Thomas M. Bruen (with permission by KJF)
                         THOMAS M. BRUEN (SBN:  63324)
                         1990 N. California Boulevard, Suite 620
                         Walnut Creek, CA  94596
                         Telephone:  (925) 295-3137
                         Facsimile:  (925) 295-3132
                         tbruen@tbslaw.com
```

Upon consideration of the Parties' Stipulation for Extension of Time, it is hereby ORDERED that the stipulation is GRANTED.  The United States shall have until, Monday, February 2, 2015 to submit any response brief pursuant to the Court's Order dated October 29, 2014 (ECF No. 445).  Any reply on behalf of the County, pursuant to the Court's Order dated October 29, 2014 (ECF No. 445), must be filed no later than February 17, 2015.

IT IS SO ORDERED.

Dated:  January 5, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT