John C. Cruden
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
Karl J. Fingerhood, Senior Counsel
Andrew J. Doyle, Attorney
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 514-7519 & (202) 514-4427
Facsimile:  (202) 514-0097
karl.fingerhood@usdoj.gov
andrew.doyle@usdoj.gov

Attorneys for United States of America

THOMAS M. BRUEN (SBN:  63324)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 620
Walnut Creek, CA  94596
Telephone:  (925) 295-3137
Facsimile:  (925) 295-3132
tbruen@tbslaw.com

Attorney for El Dorado County, California

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EL DORADO COUNTY, CALIFORNIA,<br><br>*et al.*,<br><br>  Defendants.<br><br>AND RELATED ACTIONS. | No.  2:01-cv-1520-MCE-DAD<br><br>**STIPULATION TO WITHDRAW UNITED STATES' BRIEF WITHOUT PREJUDICE and ORDER** |

WHEREAS, on July 8, 2011 (ECF No. 416) the Court entered an Order granting El Dorado County's ("County") Motion to Modify the Consent Decree in this matter.

1     WHEREAS, by Order dated October 29, 2014 (ECF No. 445) the Court ordered further briefing on the issues remaining in this dispute between the County and the United States.

    WHEREAS, the Court's Order required the County to file an opening brief by November 28, 2014; the United States to file a response brief by January 2, 2015; and the County to file a reply brief by January 16, 2015.

    WHEREAS, on November 28, 2014, the County filed its opening brief (ECF No. 446).

    WHEREAS, on December 3, 2014, the parties had an in-person mediation to attempt to resolve the remaining issues in dispute before the District Court as well as some additional issues.

    WHEREAS, in light of the parties' progress at mediation, on December 22, 2014, the parties filed a stipulation and motion to extend the deadline by which the United States must filed its response brief (ECF No. 447).

    WHEREAS, the requested extension was to February 2, 2015.

    WHEREAS, in the absence of action by the Court, the United States filed its response brief on January 2, 2015 (ECF No. 448).

    WHEREAS, on January 6, 2015, the Court granted the parties' extension motion (ECF No. 449).

    IT IS HEREBY STIPULATED AND AGREED that the United States' brief is hereby WITHDRAWN WITHOUT PREJUDICE.  In accordance with the Court's Order of January 6, 2015 (ECF No. 449), the United States shall have until, Monday, February 2, 2015 to submit any response brief.  Any reply on behalf of the County must be filed no later than February 17, 2015.

DATED:  January 13, 2015

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

  __/s/ Andrew J. Doyle_____
ANDREW J. DOYLE
Trial Attorney
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice

KARL J. FINGERHOOD
Senior Counsel
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice


BENJAMIN B. WAGNER
United States Attorney


FOR DEFENDANT EL DORADO COUNTY, CALIFORNIA:

LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation

Dated:  January 13, 2015          __/s/ Thomas M. Bruen (with permission by AJD)
THOMAS M. BRUEN (SBN:  63324)
1990 N. California Boulevard, Suite 620
Walnut Creek, CA  94596
Telephone:  (925) 295-3137
Facsimile:  (925) 295-3132
tbruen@tbslaw.com

**ORDER**

Upon consideration of the Parties' Stipulation and Motion for the United States to Withdraw its Brief Without Prejudice, it is hereby ORDERED that the stipulated motion is GRANTED.  The brief filed by the United States on January 2, 2015 (ECF No. 448) is hereby deemed WITHDRAWN WITHOUT PREJUDICE.  As previously stipulated and ordered, the United States shall have until Monday, February 2, 2015, to file any response brief pursuant to the Court's Order dated October 29, 2014 (ECF No. 445). Any reply on behalf of the County must be filed no later than February 17, 2015.

IT IS SO ORDERED.

Dated:  January 14, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT