THOMAS M. BRUEN (SBN: 63324)
ERIK A. REINERTSON (SBN: 218031)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 295-3137
Facsimile: (925) 295-3132
Email: tbruen@sbcglobal.net
ereinertson@sbcglobal.net

Attorneys for Defendant and Third Party Plaintiff
EL DORADO COUNTY, CALIFORNIA

(Additional counsel on following page.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>EL DORADO COUNTY, CALIFORNIA; and CITY OF SOUTH LAKE TAHOE, CALIFORNIA,<br><br>    Defendants.<br><br>AND RELATED ACTIONS | Case No.: S-01-1520 MCE GGH<br><br>**STIPULATION FOR STAY OF BRIEFING SCHEDULE and ORDER** |

1

Stipulation For Stay of Briefing Schedule and

LOUIS B. GREEN, County Counsel (SBN: 057157)
MICHAEL J. CICCOZZI, Deputy County Counsel. (SBN: 134859)
COUNTY OF EL DORADO
330 Fair Lane
Placerville, CA 95667
Telephone:   (530) 621-5770
Email:         Michael.Ciccozzi@edcgov.us

2

Stipulation For Stay of Briefing Schedule and

WHEREAS, on July 8, 2011 (ECF No. 416) the Court entered an Order granting El Dorado County's ("County") Motion to Modify the Consent Decree in this matter;

WHEREAS, by Order dated October 29, 2014 (ECF No. 445) the Court ordered further briefing on the issues remaining in this dispute between the County and the United States ("Briefing");

WHEREAS, the Court's Order required the County to file an opening brief by November 28, 2014; the United States to file a response brief by January 2, 2015; and the County to file a reply brief by January 16, 2015;

WHEREAS, on November 28, 2014, the County filed its opening brief (ECF No. 446);

WHEREAS, on December 3, 2014, the parties had an in-person mediation to attempt to resolve the remaining issues in dispute before the District Court as well as some additional issues;

WHEREAS, in light of the parties' progress at mediation, on January 6, 2015, the Court granted the parties' request to extend the deadline by which the United States must filed its response brief until February 2, 2015. (ECF No. 449);

WHEREAS, the parties continue to make progress toward a settlement agreement that would moot the necessity of the Briefing;

IT IS HEREBY STIPULATED AND AGREED that the remaining briefing schedule, as modified by Order entered January 6, 2015 is hereby STAYED.  The due date of the United States' response brief shall be continued indefinitely, and shall be due 30 days after one party notifies the other party, in a notice filed with the Court, that it wishes to re-commence the Briefing Schedule. Any reply on behalf of the County must be filed no later than 15 days after the United States files its response brief.

///

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 27, 2015 | Respectfully submitted, |

FOR THE UNITED STATES OF AMERICA

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

__/s/ Andrew J. Doyle_____
ANDREW J. DOYLE
Trial Attorney
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice

KARL J. FINGERHOOD
Senior Counsel
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice


BENJAMIN B. WAGNER
United States Attorney


FOR DEFENDANT EL DORADO COUNTY, CALIFORNIA:

LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation

Dated: January 27, 2015        __/s/ Thomas M. Bruen_____
THOMAS M. BRUEN (SBN: 63324)
1990 N. California Boulevard, Suite 620
Walnut Creek, CA 94596
Telephone: (925) 295-3137
Facsimile: (925) 295-3132
tbruen@tbslaw.com

Stipulation For Stay of Briefing Schedule and

ORDER

Upon consideration of the Parties' Stipulation and Motion for Stay of Briefing Schedule, the briefing schedule, as modified on January 6, 2015, is stayed pending further order of the Court. The parties are ordered to file a joint status report every 60 days; the first such report must be filed not later than sixty (60) days after this Order is electronically filed.

IT IS SO ORDERED.

Dated:  January 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation For Stay of Briefing Schedule and